```
1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:02-CR-05193-AWI |
| Plaintiff, | STIPULATION TO CONTINUE CONTESTED HEARING; ORDER |
| v. | |
| GUILLERMO TORRES-HERNANDEZ aka Roberto Riberto-Gonzalez aka Roberto Rodriguez-Ortiz aka Francisco Gonzalez-Gonzalez, | Date: June 25, 2012 Time: 1:30 p.m. Judge: Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the contested hearing now set for June 4, 2012, at 1:30 p.m., may be continued to **June 25, 2012, at 1:30 p.m.**

The reason for the continuance is to allow additional time for potential resolution of the matter and availability of counsel. Specifically, the parties have received additional information from probation as to the potential sentence defendant could receive. Additionally, counsel for the government recently learned that he will have to be out of town for work purposes on

the day of the previously scheduled contested hearing.  As this is a hearing regarding an alleged violation of supervised release, time need not be excluded under the Speedy Trial Act.

Dated: May 30, 2012                      Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Ian L. Garriques
                                         IAN L. GARRIQUES
                                         Assistant U.S. Attorney

Dated: May 30, 2012                 By:  /s/ Richard A. Beshwate
                                         RICHARD A. BESHWATE
                                         Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:     May 30, 2012            _____
                                   CHIEF UNITED STATES DISTRICT JUDGE